**The below described is DENIED.**

**Dated: April 07, 2010**

*Judith Boulden*
JUDITH A. BOULDEN
U.S. Bankruptcy Judge



_____

Robert S. Payne, Bar No. 08629
Lincoln Law Center, LLC
921 West Center St.
Orem, UT 84057
Telephone: (801) 224-8282
Facsimile: (800) 584-6826
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>**LINDA K. KOELBEL**<br><br>Debtor | Bankruptcy Case #07-23598<br>Chapter 13<br><br><br>Filed Electronically |
|---|---|
| **ORDER ON DEBTOR'S MOTION TO AMEND CONFIRMED PLAN AND DEEM PLAN COMPLETE** ||

Debtor's Motion to Amend Confirmed Plan and Deem Plan Complete was filed with no objections. The Court having reviewed the pleading on file, having consulted applicable law, and being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES:

1. That the Debtor's motion is **GRANTED**, the Plan is amended to provide no additional payments to unsecured creditors and permit her to retain her 2009 tax refunds. The Plan is deemed complete with a 0% return to the unsecured creditors.

**Filed: 04/02/10**

------------------------END OF DOCUMENT-------------------

## Certificate of Mailing

I do hereby certify that I have sent a true and correct copy of the foregoing Order Granting Debtors' Motion to Amend Plan and Deem Plan Complete via BNC Notification Center to the parties listed below:

U.S. Trustee (via ECF)

Trustee Anderson (via ECF)

Debtor Linda Koelbel
65 E. 100 N.
Orem, UT 84057

                                             _____
                                             Clerk