UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:                                              Case No. 07−23598 WTT
    Linda Karen Koelbel                          Chapter 13
        Debtor(s).

ORDER OF DISMISSAL

    Based on the Debtor(s) having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

    The above−captioned case is dismissed without prejudice under 11 U.S.C § 109(g); and,

    If there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083−1(g). Attorney's fees in an amount up to $1000.00 are awarded less any pre−petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083−1(g); or

    If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: May 19, 2010

*William J. Thurman*
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2            User: dlg                     Page 1 of 2                    Date Rcvd: May 19, 2010
Case: 07-23598                  Form ID: f723                 Total Noticed: 54

The following entities were noticed by first class mail on May 21, 2010.
db           +Linda Karen Koelbel,    65 East 100 North,    Orem, UT 84057-5501
aty          +Robert S. Payne,    Lincoln Law,    921 West Center Street,    Orem, UT 84057-5203
5804924       Academy Collection Services,    10965 Decalir Road,    Philadelphia, PA 19154
5804925      +Allied Data Corporation,    13111 Westheimer Suite 400,    Houston, TX 77077-5547
5804927      +Associates/citibank,    Attn: Bankruptcy Dept,    Po Box 20507,    Kansas City, MO 64195-0507
5804928      +Axin Financial Services Inc.,    23 Mauchly Suite 109,    Irvine, CA 92618-2330
5804931      +BMG Music Service,    PO Box 1958,    Indianapolis, IN 46291-0010
5804929       Bank of America,    Nc4-105-03-14,    4161 Peidmont Pwy,    Greensboro, NC 27420
5804930       Bank of America Visa,    PO Box 660687,    Dallas, TX 75266
5804932      +Centaral Utah Medical Clinic,    1055 N 500 W,    Provo, UT 84604-3305
5804935      +Citi/ Credit Dispute Unit,    Attn: Bankruptcy Dept,    Po Box 20487,    Kansas City, MO 64195-0487
5804936      +Collect Corp,    455 N. 3rd Street Suite 260,    Phoenix, AZ 85004-0630
5804938      +Comcast,    542 West 400 South,    Lindon, UT 84042-1914
5804939      +Comp USA/Arrow Financial Service,    Constantino Law Office PC,    8537 S. Redwood Road Ste D,
               West Jordan, UT 84088-4806
5804940      +Conoco,    PO Box 689058,    Des Moines, IA 50368-9058
5804941      +Cottonwood Pathology,    PO Box 1442,    Provo, UT 84603-1442
5804944      +Ebay,    PO Box 2179,    Carol Stream, IL 60132-0001
5829720      +Envision,    10813 S. River Front Parkway,    Suite 300,    South Jordan, Utah 84095-5620
5804945      +FBCS,    841 East Hunting Park Ave.,    Philadelphia, PA 19124-4800
5804946      +HSBC Mastercard,    PO Box 3038,    Evansville, IN 47730-3038
5804947      +IC Systems, Inc.,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
5804949      +IHC/ARC,    4646 W Lake Park Blvd.,    Salt Lake City, UT 84120-8212
5804948     ++INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
             (address filed with court: Intermountain Healthcare,     PO Box 30191,
               Salt Lake City, UT 84130-0191)
5804950      +Keybank Visa,    PO Box 6418,    The Lakes, NV 88901-6418
5804951      +Mountainland Collectio,    Po Box 1280,    American Fork, UT 84003-6280
5804952      +Mountainland Collections,    PO Box 1280,    American Fork, UT 84003-6280
5804954      +NCO Financial Collection Agencies,    507 Prudential Rd.,    Horsham, PA 19044-2308
5804955      +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
5804957      +Omnium World Wide,    6373 E Tanque Verde Rd Ste 200,    Tucson, AZ 85715-3836
5804958      +Peters Properties,    PO Box 901,    Pleasant Grove, UT 84062-0901
5804959      +Peters Properties - Orem,    PO Box 901,    Pleasant Grove, UT 84062-0901
5827259      +Portfolio Recovery Associates, LLC.,    c/o Household Metris,    POB 41067,    NORFOLK VA 23541-1067
5804960      +Quinn M Kofford P.C.,    43 N 470 W,    American Fork, UT 84003-2267
5804963      +Sinclair Oil Corp.,    PO Box 31826,    Salt Lake City, UT 84131-0826
5804937      +Sinclair Oil Corp.,    c/o Collection Center Inc.,    406 6th Street,    Rawlins, WY 82301-5408
5804965      +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
5804967      +William C. Davis, DMD,    249 E. 100 S.,    Spanish Fork, UT 84660-2109
5829868       World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,
               Seattle, WA 98124-3978

The following entities were noticed by electronic transmission on May 19, 2010.
tr           +E-mail/Text: elarsen@ch13kra.com                            Kevin R. Anderson tr,
               405 South Main Street,    Suite 600,    Salt Lake City, UT 84111-3408
5804926      +EDI: ARROW.COM May 19 2010 18:58:00      Arrow Financial Services,    5996 W Touhy Ave,
               Niles, IL 60714-4610
5804927      +EDI: CITICORP.COM May 19 2010 18:58:00      Associates/citibank,    Attn: Bankruptcy Dept,
               Po Box 20507,    Kansas City, MO 64195-0507
5804933      +EDI: RMSC.COM May 19 2010 19:03:00      Chevron Credit Bank,    P.O. Box 5010,
               Concord, CA 94524-0010
5804934      +EDI: RMSC.COM May 19 2010 19:03:00      Chevron Credit Bank NA,    PO Box 2001,
               Concord, CA 94529-0001
5804942       EDI: DISCOVER.COM May 19 2010 18:58:00      Discover,    PO Box 30395,    Salt Lake City, UT 84130
5804943       EDI: DISCOVER.COM May 19 2010 18:58:00      Discover Bank, c/o Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
5818489      +EDI: BANKAMER.COM May 19 2010 18:53:00      FIA Card Services,    1000 Samoset Dr. DE5-023-03-03,
               Newark, DE 19713-6000
5804953      +EDI: NESF.COM May 19 2010 19:03:00      National Enterprise Systems,    29125 Solon Rd.,
               Solon, OH 44139-3442
5804961      +E-mail/Text: bklaw@qwest.com                            Qwest,    PO Box 29060,
               Phoenix, AZ 85038-9060
5887936      +E-mail/Text: bklaw@qwest.com                            Qwest Corporation,    Attn: Jane Frey,
               1801 California St Rm 900,    Denver, CO 80202-2609
5804962      +EDI: RRSB.COM May 19 2010 19:03:00      Redline Recovery Services, LLC,
               2350 N Forest Rd. Suite 31B,    Getzville, NY 14068-1398
5804964       EDI: NEXTEL.COM May 19 2010 19:03:00      Sprint Nextel,    Sprint Bankruptcy,    PO Box 7949,
               Overland Park, MO 66207-0949
5804966      +EDI: WFNNB.COM May 19 2010 18:58:00      WFNNB / Lane Bryant,    Po Box 182125,
               Columbus, OH 43218-2125
5804968      +EDI: WFNNB.COM May 19 2010 18:58:00      World Financial Network/Lane Bryant,    PO Box 182124,
               Columbus, OH 43218-2124
5859718       EDI: ECAST.COM May 19 2010 18:58:00      eCAST Settlement Corporation,    POB 35480,
               Newark NJ 07193-5480
5830334       EDI: ECAST.COM May 19 2010 18:58:00      eCAST Settlement Corporation assignee of,
               Citibank SD NA Successor to Associates,    National Bank,    POB 35480,    Newark NJ 07193-5480
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 1088-2           User: dlg              Page 2 of 2           Date Rcvd: May 19, 2010
Case: 07-23598                 Form ID: f723          Total Noticed: 54
```

                ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**                              **Signature:**    *Joseph Speetjens*